IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CR-60011- WPD-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHEN GEORGE,

        Defendant.

_____/

## NOTICE OF APPEARANCE

Gabriela M. Ruiz of the law firm of King & Ruiz LLP hereby enters her appearance as counsel for Defendant Stephen George for trial and all proceedings in the District Court, and requests all pleadings, motions and other papers be served on the undersigned at the email address provided below.

        Respectfully submitted,

Dated: January 27, 2025

By: /s/ *Gabriela M. Ruiz*
Gabriela M. Ruiz
Fla. Bar No. 46844
King & Ruiz LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3200
Miami, Florida 33131
Telephone: (646) 510-3368
gruiz@kingruiz.com