AO 455 (Rev 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| STEPHEN GEORGE | ) | 25-CR-60011-DIMITROULEAS/HUNT |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/28/2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Gabriela Ruiz and Matthew Menchel
Printed name of defendant's attorneys

_____
Judge's signature

_____
Judge's printed name and title